```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:05CR3085
                               )
       v.                      )
                               )
FELIPE DEJESUS GALLARDO,       )         ORDER
                               )
              Defendant.       )
                               )
```

     IT IS ORDERED:

     Defendant's has retained counsel, and his retained counsel has entered an appearance herein.  Accordingly, the motion to withdraw filed by the Federal Public Defender's office and Carlos A. Monzon, filing 16, is granted.

     DATED this 25th day of July, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge