```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3085 |
| v. | ) | |
| | ) | |
| FELIPE DEJESUS GALLARDO, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

Following defendant's arraignment this date,

IT IS ORDERED:

1. The previous order of detention remains in effect.

2. Pretrial Services shall investigate defendant's proposal for release and report to the court and counsel.

DATED this 26th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge