```
                   IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )              4:05CR3085
        v.                       )
                                 )
FELIPE DEJESUS GALLARDO,         )
                                 )           MEMORANDUM AND ORDER
                Defendant.       )
                                 )
```

Defendant filed a request for pretrial release, and the pretrial services officer was instructed to have the proposal investigated and report to the court and counsel.  That report has now been received.  I have considered the proposal for release, the original pretrial services report and the investigation report.  I conclude that the defendant's proposal is insufficient to reasonably assure that he will appear in this court during the pendency of this case.

   IT THEREFORE HEREBY IS ORDERED, the defendant's motion, filing 15, is denied.

   DATED this 10th day of August, 2005.

                                      BY THE COURT:

                                      s/ *David L. Piester*
                                      David L. Piester
                                      United States Magistrate Judge