```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3085 |
| | ) | |
| v. | ) | |
| | ) | |
| FELIPE DEJESUS GALLARDO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

1.  Defendant's motion to continue the hearing date for motions herein, filing 26, is granted.

2.  An evidentiary hearing on defendant's motions to suppress, filings 24 and 25, will be held before the undersigned on October 5, 2005 in Courtroom #2, United States Courthouse, Lincoln, Nebraska.  The hearing is set for 1:30 p.m. to 3:30 p.m.

3.  Defendant's request to submit post-hearing briefs is denied.  The defendant's brief in support of his motions to suppress shall be filed on or before September 26, 2005.  The government's responsive brief shall be filed on or before October 3, 2005.

4.  Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

5.  The trial of this case is continued until further order of the court following resolution of outstanding motions.

DATED this 22nd day of August, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge