```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         4:05CR3085
                               )
      v.                       )
                               )
FELIPE DEJESUS GALLARDO,       )            ORDER
                               )
            Defendant.         )
                               )
```

     IT IS ORDERED:

     The joint oral motion of counsel for plaintiff and defendant to continue the motion hearing is granted, and

     1.  The evidentiary hearing on defendant's motions to suppress, filings 24 and 25, is continued from October 5 to November 1, 2005 at 10:30 a.m. for a duration of three hours before the undersigned in Courtroom #2, United States Courthouse and Federal Building, Lincoln, Nebraska.

     2.  The parties' request for extension of brief deadlines is granted.  The defendant's brief in support of his motions to suppress shall be filed on or before October 21, 2005.  The government's responsive brief shall be filed on or before October 28, 2005.

     3.  Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

     DATED September 21, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge