IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3085 |
| | ) | |
| v. | ) | |
| | ) | |
| FELIPE DEJESUS GALLARDO, | ) | ORDER ON DEFENDANT'S OBJECTION |
| | ) | TO TENTATIVE FINDINGS ON |
| Defendant. | ) | PRESENTENCE INVESTIGATION |
| | ) | REPORT |

In the Defendant's Objection to Tentative Findings on Presentence Report, filing 56, the defendant has requested an evidentiary hearing regarding his qualification under U.S.S.G. § 5C1.2. The government has said that if the defendant's request is granted, it wants up to 30 minutes to present rebuttal. The defendant in his request for a hearing did not indicate the amount of time he wanted reserved for his evidence.

IT IS ORDERED that the request for an evidentiary hearing contained within the Defendant's Objection to Tentative Findings on Presentence Report, filing 56, is granted and 30 minutes shall be allowed for presentation of the defendant's evidence and 30 minutes for presentation by the government's evidence.

Dated July 28, 2006.

BY THE COURT


s/ Warren K. Urbom
United States Senior District Judge