IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3085 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER ON NOTICE OF APPEAL, |
| | ) | APPLICATION TO PROCEED WITHOUT |
| FELIPE GALLARDO, | ) | PREPAYMENT OF FEES AND AFFIDAVIT, |
| | ) | AND MOTION TO WITHDRAW |
| Defendant. | ) | |

The defendant has filed a Notice of Appeal, Application to Proceed Without Prepayment of Fees and Affidavit and a letter from Toney J. Redman, retained counsel, construed as a motion to withdraw, filing 69.

IT IS ORDERED that:

1. the defendant's motion to proceed without prepayment of fees and affidavit is granted and the defendant is given leave to proceed on appeal in forma pauperis; and

2. the motion to withdraw is reserved for ruling by the Eighth Circuit Court of Appeals.

Dated August 30, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge